473 A.2d 702

Professional Leasing v. Sorrentino, Appellant.

Submitted February 3, 1984. Michael H. Van Buskirk, for appellant; Thomas R. Wilson, for appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Order affirmed.

473 A.2d 702

Rulon Co., Appellant, v. Aetna Casualty & Surety.
Petition for Allowance of Appeal
Denied Sept. 5, 1984.

Argued December 14, 1983. Paul Shalita, for appellant; Edward A. Greenberg, for appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Judgment affirmed.